Arthur M. Hazell, Respondent, v. Shore Coast Realty Corporation and Others, Defendants, Impleaded with Louis Sackman, Appellant.— Order dis-

missing answer and counterclaim reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the appellant's answer raises an issue as to the priority of his judgment. Section 514 of the Civil Practice Act has no application. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.